dle, *Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *L. W. Post* for respondent.

No. 443.   HARE ET AL. *v.* HENDERSON ET AL.   November 12, 1940.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Mr. Wm. D. Gordon* for petitioners.   *Mr. E. J. Fountain* for respondents.

No. 450.   SCHOMMER ET AL. *v.* WILKERSON, JUDGE, ET AL. · November 12, 1940.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Mr. Charles P. Schwartz* for petitioners. *Messrs. James M. Sheean, J. F. Dammann, Henry F. Tenney,* and *William J. Froelich* for respondents.

No. 451.  · HARVEY *v.* CITY OF ST. PETERSBURG.  · November 12, 1940.  ·Petition for writ of certiorari to the Supreme Court of Florida denied.   *Mr. C. I. Carey* for petitioner.   *Mr. Erle B. Askew* for respondent.

No. 453.   WEILL *v.* COMPAGNIE GENERALE TRANSATLANTIQUE.   November 12, 1940.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Mr. David J. Colton* for petitioner.   *Mr. Edgar R. Kraetzer* for respondent.

No. 454.   UNITED STATES FOR THE USE AND BENEFIT OF LUCHINI ET AL. *v.* FERRO CONCRETE CONSTRUCTION CO.